**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LUIS GONZALEZ,

    Plaintiff,

-vs-                                    CASE NO.:  8:17-CV-02612-CEH-AEP

KIA MOTORS FINANCE, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, LUIS GONZALEZ, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, LUIS GONZALEZ, and Defendant, KIA MOTORS FINANCE, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                    */s/ Octavio Gomez*
                                                    Octavio Gomez, Esq.
                                                    Florida Bar No. 00338621
                                                    MORGAN & MORGAN, P.A.
                                                    201 N. Franklin Street, 7th Floor
                                                    Tampa, FL 33603
                                                    Telephone: (813) 223-5505
                                                    Email: TGomez@forthepeople.com
                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of July, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to:

Brandon T. White, Esq.
Florida Bar No. 106792
REED SMITH LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone: (786) 747-0222
Email: bwhite@reedsmith.com
Attorney for Defendant

*/s/ Octavio Gomez*
Octavio Gomez, Esq.
Florida Bar No. 00338621