UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS GONZALEZ,

    Plaintiff,

v.      Case No: 8:17-cv-2612-T-36AEP

KIA MOTORS FINANCE,

    Defendant.
_____/

**ORDER**

The Court has been advised by the Notice of Pending Settlement (Doc. 17) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.

**DONE AND ORDERED** in Tampa, Florida on July 16, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record